Submitted February 4, 2008; decided February 7, 2008

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

———

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN PINKSTON, Appellant.

Submitted January 14, 2008; decided February 7, 2008

Motion for an extension of the time within which to apply for

permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.